UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| ZHEJIANG DINGLI MACHINERY CO., LTD., | : : : : | **SUMMONS** |
| Plaintiff, | : | |
| v. | : : | Court No. 24-00221 |
| UNITED STATES, | : : : | |
| Defendant. | : : | |

To:   The Attorney General of the United States
      and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/   Mario Toscano
Clerk of the Court

1. Name and standing of plaintiff:

Plaintiff Zhejiang Dingli Machinery Co., Ltd. ("Dingli") is a foreign producer and exporter of Certain Mobile Access Equipment and Subassemblies Thereof. Plaintiff's products were the subject of the U.S. Department of Commerce's antidumping duty administrative review, for which the final results were published as *Certain Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 89 Fed. Reg. 88,730 (Nov. 8, 2024).

Dingli participated as a party in the above-referenced administrative review and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Dingli accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. §2631(c).

2. Brief description of the contested determination:

Dingli contests the U.S. Department of Commerce's final results in *Certain Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023,* dated November 8, 2024, finding that Dingli's imports of subject merchandise are subject to a 12.39% antidumping duty rate.

3.  <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on November 8, 2024 (89 Fed. Reg. 88,730).

4.  <u>Date of publication in the Federal Register:</u>

The contested *Final Results* in the above-referenced case were published in the Federal Register on November 8, 2024 (89 Fed. Reg. 88,730).

        Respectfully submitted,

        */s/ Ned H. Marshak*

        Ned H. Marshak*
        Dharmendra Choudhary
        Jordan C. Kahn

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT LLP

        *599 Lexington Avenue, Floor 36
        New York, New York 10022
        (212) 557-4000

        1201 New York Ave., NW
        Suite 650
        Washington, DC 20005
        (202) 783-6881

Dated:  December 9, 2024

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230