# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ZHEJIANG DINGLI MACHINERY CO., LTD.,<br>*Plaintiff*,<br>v.<br>UNITED STATES,<br>*Defendant*,<br>and<br>COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT,<br>*Defendant-Intervenor*. | Ct. No. 24-00221-MMB |

## JUDGMENT

For the reasons stated in Slip Opinion 26-119 (ECF 59), the court sustains the Department of Commerce's final determination in this matter.

Dated: September 23, 2026
New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge