**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE**

ZHEJIANG DINGLI MACHINERY CO., LTD.,

*Plaintiff*,

v.

UNITED STATES,

*Defendant*,

and

COALITION OF AMERICAN MANUFACTURERS OF MOBILE ACCESS EQUIPMENT,

*Defendant-Intervenor*.

Court No. 24-221

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Zhejiang Dingli Machinery Co., Ltd. appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *Zhejiang Dingli Machinery Co., Ltd., v. United States*, Court No. 24-00221-MMB, on September 23, 2026 (ECF No. 60), including (but not limited to) the Opinion dated

September 23, 2026, Slip Op. 26-119 (ECF No. 59). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*<u>/s/ Jordan C. Kahn</u>*
Ned H. Marshak
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP

599 Lexington Avenue, 36th Fl.
New York, NY 10022
(212) 557-4400
**
1201 New York Ave., NW, Ste. 430
Washington, DC 20005
(202) 783-6881

*Counsel to Plaintiff Zhejiang Dingli Machinery Co., Ltd.*

November 23, 2026